

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,066-01

### IN RE JACKI L. PICK, Relator

**ON MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS, MOTION TO SEAL PROCEEDINGS, AND MOTION TO STAY**
**CAUSE NO. 05-22-00817-CV IN FIFTH COURT OF APPEALS**
**CAUSE NO. OSW-22-00030-H IN THE CRIMINAL DISTRICT COURT NO. 1 DALLAS COUNTY**

*Per curiam.*

### O R D E R

We have before us a motion for leave to file a petition for a writ of mandamus, a motion to seal the proceedings, and a motion to stay. At this time, we grant the motion to seal the proceedings, and we stay enforcement of the trial court's order pending the disposition of Relator's motion for leave to file.

Filed: August 24, 2022
Do Not Publish